```
 1
 2
 3
 4
 5
 6
 7
 8                         IN THE UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10   TYRELL TRAVIS BROWN,
11            Petitioner,              No. CIV S-07-0429 LKK KJM P
12       vs.
13   KEN CLARK, Warden,
14            Respondent.              ORDER
15   _____/
16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma
18   pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).
19   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of
20   a request to proceed in forma pauperis or submit the appropriate filing fee.
21            In accordance with the above, IT IS HEREBY ORDERED that:
22            1. Petitioner shall submit, within thirty days from the date of this order, an
23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;
24   petitioner's failure to comply with this order will result in the dismissal of this action; and
25   /////
26   /////
```

1

Dockets.Justia.com

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: March 15, 2007.

_____
U.S. MAGISTRATE JUDGE

/bb
brow0429.101a

2