IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYRELL TRAVIS BROWN,** | CIV S-07-0429 LKK KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before July 16, 2007.

Dated: June 20, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1